UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALPHA NETWORKS, INC., <br><br> Plaintiff, <br><br> v. <br><br> INSEEGO CORP., et al., <br><br> Defendants. | Case No.: 21-cv-01731-JLS-BLM <br><br> **ORDER GRANTING JOINT MOTION TO AMEND BRIEFING SCHEDULE** <br><br> **[ECF No. 6]** |

Presently before the Court is the parties' Joint Motion to Amend Briefing Schedule and Continue Hearing Date on Defendants' Motion to Dismiss Complaint Pursuant to FRCP 12(b)(6). (ECF No. 6.) In their joint motion, the parties provide that Plaintiff's counsel will be transitioning to a new firm on October 22, 2021, and the new firm will be undertaking Plaintiff's representation. (*Id.* at 2.) To accommodate Plaintiff's counsel's transition, the parties request that the Court extend the briefing schedule on Defendants' Motion to Dismiss and continue the November 18, 2021 Motion Hearing. (*Id.*)

Good cause appearing, the Court hereby **GRANTS** the parties' joint motion and amends the briefing schedule on Defendants' Motion to Dismiss (ECF No. 5) as follows:

1. Plaintiff shall have until **December 9, 2021**, to file either an amended complaint or an opposition to Defendants' Motion to Dismiss.

///

2.      Defendants shall have until **December 23, 2021**, to file either a response to the amended complaint or a reply in support of their Motion to Dismiss.

3.      The November 18, 2021 Motion Hearing is hereby **VACATED**, and Defendants' Motion to Dismiss is taken under submission pursuant to Civil Local Rule 7.1(d)(1).

**IT IS SO ORDERED.**

Dated: October 22, 2021

Hon. Janis L. Sammartino
United States District Judge