UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALPHA NETWORKS, INC.,<br><br>　　　　　　　　　　Plaintiff,<br><br>v.<br><br>INSEEGO CORP., et al.,<br><br>　　　　　　　　　　Defendants. | Case No.: 21-CV-1731 JLS (BLM)<br><br>**ORDER VACATING HEARING AND TAKING MATTER UNDER SUBMISSION WITHOUT ORAL ARGUMENT**<br><br>(ECF No. 14) |

Presently before the Court is Defendants Inseego Corp. and Inseego Wireless, Inc.'s Motion to Dismiss First Amended Complaint Pursuant to Federal Rule of Civil Procedure 12(b)(6) (ECF No. 14). The Court finds this matter appropriate for disposition without oral argument and accordingly **VACATES** the hearing scheduled for February 3, 2022, and takes the matter under submission pursuant to Civil Local Rule 7.1(d)(1).

**IT IS SO ORDERED.**

Dated: January 27, 2022

　　　　　　　　　　　　　　　　　　*Janis L. Sammartino*
　　　　　　　　　　　　　　　　　　Hon. Janis L. Sammartino
　　　　　　　　　　　　　　　　　　United States District Judge