1
2
3
4
5
6
7

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALPHA NETWORKS, INC., <br><br> Plaintiff, <br><br> v. <br><br> INSEEGO CORP., et al., <br><br> Defendants. | Case No.:  21-CV-1731 JLS (BLM) <br><br> **ORDER GRANTING JOINT MOTION TO CONTINUE COURT'S DISPOSITION OF DEFENDANTS' MOTION TO DISMISS** <br><br> (ECF No. 19) |

Presently before the Court are the Parties' Notice of Settlement of Entire Case and Joint Motion to Continue the Court's Disposition of Defendants' Motion to Dismiss the First Amended Complaint ("Joint Mot.," ECF No. 19).  The parties indicate that they have reached a tentative settlement resolving the entire case, including all potential claims and counterclaims, and request that the Court continue, at least 60 days, the disposition of Defendants' Motion to Dismiss that was taken under submission so that the Parties may focus their efforts on finalizing the settlement agreement and the Court may preserve its judicial resources.  *See generally id.*

/ / /

/ / /

/ / /

Good cause appearing, the Court **GRANTS** the Joint Motion and shall continue its disposition of Defendants' Motion to Dismiss until on or after April 4, 2022.

**IT IS SO ORDERED.**

Dated:  January 31, 2022

Hon. Janis L. Sammartino
United States District Judge

21-CV-1731 JLS (BLM)